United States Bankruptcy Court

Central District of California

In re:   Case No. 22-10113-MB
Royce Mason   Chapter 13
Anosha Mason
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-1      User: admin      Page 1 of 2
Date Rcvd: Apr 21, 2022      Form ID: r341z      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Royce Mason, Anosha Mason, 21825 Erwin St #1058, Woodland Hills, CA 91367-3610 |
| 41083614 | | Bank of America, 4060 Ogletown/Stanton Road, DE5-019-03-07, Newark, DE 19713 |
| 41083617 | | Capital One Bank, P.O. Box 312293, Salt Lake City, UT 84131 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Apr 22 2022 00:17:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Apr 22 2022 00:18:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Apr 22 2022 00:17:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 41083613 | + | Email/PDF: bncnotices@becket-lee.com | Apr 22 2022 00:23:52 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 41083615 | | Email/Text: bankruptcies.notifications@bcu.org | Apr 22 2022 00:18:00 | Baxter Credit Union, 340 North Milwaukee Avenue, Vernon Hills, IL 60061 |
| 41083614 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 22 2022 00:17:00 | Bank of America, 4060 Ogletown/Stanton Road, DE5-019-03-07, Newark, DE 19713 |
| 41083616 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2022 00:23:42 | Capital One Bank, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 41152295 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2022 00:23:46 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 41147177 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2022 00:23:52 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 41083618 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2022 00:23:52 | Citicards CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 41083619 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 22 2022 00:23:43 | Credit One Bank, 6801 South Cimarron Road, Las Vegas, NV 89113-2273 |
| 41083620 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 22 2022 00:18:00 | Hyundai Motor Finance, 10550 Talbert Avenue, Fountain Valley, CA 92708 |
| 41144984 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2022 00:23:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41083621 | + | Email/Text: M74banko@mercedes-benz.com | Apr 22 2022 00:17:00 | Mercedes-Benz Financial Services, PO Box 961, Roanoke, TX 76262-0961 |

| District/off: 0973-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: r341z | Total Noticed: 18 |

| 41083622 | + Email/Text: electronicbkydocs@nelnet.net | Apr 22 2022 00:18:00 | Nelnet / Department of Education, 121 South 13th Street, Lincoln, NE 68508-1922 |
| --- | --- | --- | --- |
| 41148541 | + Email/Text: electronicbkydocs@nelnet.net | Apr 22 2022 00:18:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2022           Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin R Heston | on behalf of Debtor Royce Mason docs@hestonlaw.com HestonBR41032@notify.bestcase.com,handhecf@gmail.com |
| Benjamin R Heston | on behalf of Joint Debtor Anosha Mason docs@hestonlaw.com HestonBR41032@notify.bestcase.com,handhecf@gmail.com |
| Elizabeth (SV) F Rojas (TR) | cacb_ecf_sv@ch13wla.com |
| Katherine Bunker | on behalf of U.S. Trustee United States Trustee (SV) kate.bunker@usdoj.gov |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |

TOTAL: 5

Form r341z–r341 VAN–02
Rev. 05/2010

# United States Bankruptcy Court
## Central District of California

21041 Burbank Blvd, Woodland Hills, CA 91367-6603

# RENOTICE CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Royce Mason

**BANKRUPTCY NO.** 1:22–bk–10113–MB

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):   xxx–xx–4062
Employer Tax–Identification (EIN) No(s).(if any):   N/A
**Debtor Dismissal Date:** N/A

**JOINT DEBTOR INFORMATION:**
Anosha Mason

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any): xxx–xx–4876
Employer Tax–Identification (EIN) No(s).(if any):   N/A
**Joint Debtor Dismissal Date:**  N/A

**Address:**
21825 Erwin St #1058
Woodland Hills, CA 91367

**DEBTOR'S ATTORNEY:**
Benjamin R Heston
Heston & Heston
19700 Fairchild Road
Suite 280
Irvine, CA 92612

951–290–2827

**TRUSTEE:**
Elizabeth (SV) F Rojas (TR)
Valley Executive Center
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403

818–933–5700

Please take notice that the confirmation hearing has been reset for:

**Date:** July 1, 2022        **Time:** 09:30 AM
**Location:** 21041 Burbank Blvd, Crtrm 303, Woodland Hills, CA 91367

Dated: April 21, 2022

By the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form r341z–r341 VAN–02) Rev. 05/2010        **24 / JC**